UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Debbie Dodson v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-10178-DRH |
| *Rachel Goodwin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10097-DRH |
| *Melissa Morales v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-10054-DRH |
| *Jill Placko v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-10064-DRH |
| *Samantha Settimi v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-10155-DRH |
| *Amanda Strazishar v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 09-cv-10040-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on June 19, 2014, the above captioned cases are **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
Deputy Clerk

**Dated:** June 20, 2014

Digitally signed by
David R. Herndon
Date: 2014.06.20
17:22:38 -05'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**

2